

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00449-CV

**TEXAS DEPARTMENT OF INSURANCE – DIVISION OF WORKERS'
COMPENSATION**,
Appellant

v.

Ronald **MENSCH**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-02326
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file his brief is granted. We order appellee's brief due September 5, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court